

# IN THE
# TENTH COURT OF APPEALS

### No. 10-13-00364-CR

**GARY LEE REID,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 54th District Court
### McLennan County, Texas
### Trial Court No. 2012-2323-C2

## ORDER

Appellant, Gary Reid, requests a 30 day extension of time to file his response to his counsel's *Anders* brief so that he may: 1) request the record from the district clerk; and 2) request documents from various counties to discredit what was submitted to the jury by the prosecutor. Appellant's request is granted in part and denied in part.

We cannot consider any information or evidence provided by a party which is outside the appellate record. *See Whitehead v. State*, 130 S.W.3d 866, 872 (Tex. Crim.

App. 2004); *see also Rodriguez v. State*, 996 S.W.2d 402, 403 (Tex. App.—Waco 1999, no pet.).

Accordingly, appellant's request for an extension of 30 days to file his pro se response is granted upon the ground that he needs additional time to obtain and review the record to be able to prepare his response. To the extent he seeks additional time to obtain documents outside the record to be used in his response, his request is denied.

Appellant's response to his counsel's *Anders* brief is due 35 days from the date of this order.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Motion granted in part and denied in part
Order issued and filed March 6, 2014